# EXHIBIT B

*Letter regarding my father, Jonathan Ace*
*By: His son, Jonathan Ace Knight*

First, I wanted to write that my father goes above and beyond to make sure myself, the family, and close friends are well and cared for. In addition, he constantly finds way to add value to our lives, with his life experience and knowledge. Examples include, but are not limited to: helping me choose my first suit, picking me up from school, teaching me home and car maintenance, taking the time to simply hangout, and always opening the house for friends and family to connect and create memories.

Furthermore, he has always been a supportive and encouraging father, as I strive to achieve my goals throughout different stages of my life. He may not know the exact technicals of how to achieve a certain goal I have, but he does know that having the right mindset is most important.

He has always been a generous person who has no problem giving his time or providing resources to help others. Also, he has taught me to share with others. As a kid, making sure I was generous and shared whatever I had with my cousins and friends. Thus, fostering many amazing relationships built from constantly providing value to others, without keeping score.

Lastly, he is a loving person. He constantly expresses, and shows the love and appreciation he has for me, my sister our family, and friends.