# EXHIBIT C

June 29, 2018

RE: Mr. Jonathan Ace

Dear Honorable Judge Allison D. Burroughs,

My name is Jennifer Knight and I'm writing to provide a character reference for my friend, Mr. Jonathan Ace.

I've been a friend of Jonathan Ace's for over 25 years. We met in college and were a couple during our undergraduate years and beyond. I am also the mother of his oldest child, Jonathan, 21 years old. Although we are no longer a couple, we have remained friends and friendly all these years. I consider him to be a good friend of mine and recognize him to be a loving dad to our son.

Jonathan has shared with me the information regarding the case he is awaiting sentencing for. I was both disappointed and surprised to hear what he has done. I know he's better than that and so does he. He has acknowledged that what he did was wrong and feels sorry for his actions and has promised to be on the straight and narrow going forward. I believe him.

I want you to know that Jonathan is a kind and caring friend and father.

As a dad, he was present for the delivery, the first day of Kindergarten through his first day of college. He is a kind and loving father to our son. This is evident in the way he often brags about him and smiles as he shares stories with friends and family. Jonathan was the dad that showed up at the little league games and basketball games to cheer our son on and give him pointers, as well as to lift him up after a game loss.

As a friend, Jonathan has helped me many times. He has picked me up from the hospital when I needed a ride. He helped me to get my car repaired and also helped me look for a car when mine was no longer working. During snow days, school closings, and when our son was sick, Jonathan would take care of him. I never had to ask him, he would reach out and ask if I needed him to pick Jonathan up while I worked. He was very helpful and I was grateful.

Jonathan is a loving dad, and a kind and caring friend and human being.

I appreciate you taking the time to read my letter.

Sincerely,

*Jennifer Knight*
Jennifer Knight

18 Bowdoin Street Malden, MA 02148